In the Matter of the Application of BRONX PARKWAY COMMISSION,

App. Div.]        First Department, October, 1919.

Respondent, to Acquire Title to Lands, etc. JAMES GUTHRIE and Others, Appellants; WILLIAM H. HUGHES and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.